# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK LEFF, )<br>)<br>Plaintiff )<br>) No. 11-1609<br>)<br>v. ) Chief Judge Gary L. Lancaster<br>)<br>)<br>MERCY LIFE CENTER CORPORATION, )<br>t/d/b/a MERCY BEHAVIORAL HEALTH )<br>)<br>Defendant )<br>) | |

Plaintiff, Jack Leff, by and through his attorney pursuant to Fed.R.Civ.P. §41(a)(1), voluntarily dismisses the complaint and this action with prejudice.

Respectfully submitted,

/s/ *Mark J. Bushnell*

Mark J. Bushnell, Pa.I.D. #83792

BUSHNELL LAW FIRM, P.C.
2915 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219-1826
Phone: (412) 471-5850

SO ORDERED, this 26th day of June, 2012.

_____, C.J.